IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIANA RIOS DE TEMPLE | § § § | |
| VS. | § § | CIVIL ACTION NO.: _____ |
| PABLO DIAZ VEGA AND FLETES GROUP INTERNATIONAL, LLC | § § § § | JURY |

## APPLICATION AND NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §1332(a)(2) and Rule 81 of the local rules for the Southern District of Texas, Defendant Pablo Diaz Vega ("Applicants") file this Application and Notice of Removal and in support thereof would show the Court the following:

1. On February 2, 2017, Plaintiff, Diana Rios De Temple filed Plaintiff's Original Petition in a cause of action against Applicants in the 430th District Court of Hidalgo County, Texas, *Cause No. C-0519-17-J.*

2. Pursuant to 28 U.S.C. §1446 this notice of removal was filed within 30 days after the Defendant first received notice of Plaintiff's Original Petition from which it was ascertained that the case is one which is removable.

3. Plaintiff Diana Rios De Temple is a resident of Hidalgo County, Texas. Applicant Pablo Diaz Vega is a citizen of Mexico. Defendant Fletes Group International, LLC, is a Texas corporation from El Paso, Texas and is not a proper party to this suit. Therefore, removal is based upon alienage jurisdiction.

4. All defendants who have been properly served consent to the removal of this case to federal court.

5. The action described in Paragraph 8 arises from a motor vehicle incident that occurred in Hidalgo County, Texas on or about November 20, 2015. Plaintiff has plead that the Court has subject matter jurisdiction over this action because the. Plaintiff seeks damages within the Court's jurisdictional limits and that the Court has in personam jurisdiction over the Defendant and because the lawsuit arises out of events or omissions that occurred in the county.

6. The amount in controversy exceeds $75,001.00. Plaintiffs' Original Petition seeks damages in excess of $100,000 but not more than $1,000,000.00.

7. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas Applicants would show the following:

    a. Plaintiff: Diana Rios De Temple
    b. Defendants: Pablo Diaz Vega and
                       Fletes Group International, LLC

    c. Status of service of process: Status of service of process: On July 19, 2016, Defendant Joel Encarnacion Garcia received a copy of Plaintiff's Original Petition via certified mail. On July 19, 2016, Defendant Express Diaz Hermanos Trucking received a copy of Plaintiff's Original Petition via certified mail.

    d. Counsel for each party is as follows:

        **Counsel for Plaintiff**     Diana Rios De Temple:
        R. Todd Elias
        State Bar No. 00787427
        Gordon, Elias & Seely, L.L.P.
        1811 Bering Drive, Suite 300
        Houston, TX 77057
        713-668-9999
        713-668-1980 Fax
        rtelias@geslawfirm.com

        David H. Square
        State Bar No. 24076013
        Square Law Group

   302 Kings Hwy, Suite 103
   Brownsville, Texas 78521

   **Counsel for Defendant    Pablo Diaz Vega:**
   Glenn D. Romero
   State Bar No. 17224025
   Federal Bar No. 7734
   Vidaurri, Lyde, Rodriguez & Haynes, LLP
   202 North 10th Avenue
   Edinburg, Texas 78451
   Telephone: 956-381-6602
   Facsimile: 956-381-0725
   Email: gromero@vlrhlaw.com

   **John M. Dickey    Fletes Group International, LLC**
   Gordon Davis Johnson & Shane, P.C.
   4695 N. Mesa St., Suite 100
   El Paso, Texas 79912
   Telephone: 915-545-1133
   Facsimile: 915-545-4433
   Email: jdickey@eplawyers.com

e. A jury was demanded by Defendant Diaz in district court and the jury fee was paid.

f. Name and address of court from which the case is being removed:

   430th District Court
   Hidalgo County, Texas
   100 N. Closner
   Edinburg, Texas 78539

8. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of the docket sheet and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicants pray that the above action now pending in the 430th District Court, Hidalgo County, Texas, *Cause No. C-0519-17-J* styled *Diana Rios De Temple vs. Pablo Diaz Vega and Fletes Group International, LLC,* be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern

District of Texas and that Defendant may have such other and further relief at law or in equity to which they may show themselves justly entitled.

Respectfully submitted,

By: _____
Glenn D. Romero
Attorney in Charge
State Bar No. 17224025
Federal Bar No. 7734
*ATTORNEYS FOR DEFENDANT*
*PABLO DIAZ VEGA*

Of Counsel:
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel via eservice notification and electronic mail on this the ___ day of March 2017, as follows:

| | | |
|---|---|---|
| R. Todd Elias | David H. Square | John M. Dickey |
| Gordon, Elias & Seely, L.L.P. | State Bar No. 24076013 | Gordon Davis Johnson & Shane, P.C. |
| 1811 Bering Drive, Suite 300 | Square Law Group | 4695 N. Mesa St., Suite 100 |
| Houston, TX 77057 | 302 Kings Hwy, Suite 103 | El Paso, Texas 79912 |
| | Brownsville, Texas 78521 | |

_____
Glenn D. Romero

4