United States District Court
Southern District of Texas
**ENTERED**
May 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIANA RIOS DE TEMPLE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-77 |
| | § | |
| PABLO DIAZ VEGA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL
## WITH PREJUDICE

CAME ON to be heard and considered the Agreed Motion to Dismiss without prejudice of Defendant, FLETES GROUP INTERNATIONAL, LLC, (Dkt. No. 8), in the above-styled and numbered cause. After considering the Motion and agreement of all Parties, the Court considers that the Motion should be granted;

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that all Plaintiff's claims against the Defendant, FLETES GROUP INTERNATIONAL, LLC shall be Dismissed without Prejudice. Each party to pay its own court costs and attorney's fees.

All relief not granted is hereby DENIED.

SO ORDERED this 24th day of May, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge