UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DIANA RIOS DE TEMPLE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 7:17-CV-0077 |
| | ) |
| PABLO DIAZ VEGA AND | ) |
| FLETES INTERNACIONALES | ) |
| BALO, S.A. DE C.V. | ) |
| Defendants. | ) |

FEDERAL RULE 41(a)(2)
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, **DIANA RIOS DE TEMPLE** and Defendants, **PABLO DIEZ VEGA AND INTERNACIONALES BALO, S.A. DE C.V.**, herein and file this joint stipulation of dismissal with prejudice of all claims as per Federal Rule Civil Procedure 41(a)(2). All of the matters in controversy between said Parties have been resolved.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **DIANA RIOS DE TEMPLE** and Defendants, **PABLO DIEZ VEGA AND INTERNACIONALES BALO, S.A. DE C.V.**, pray that the above-entitled and numbered civil action and proceeding be dismissed with prejudice and that no execution for costs be issued.

Respectfully submitted,

BY: _____
R. Todd Elias
State Bar No. 00787427
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057
Tel: (713) 668-9999
Fax: (713) 668-1980
***Attorney for Plaintiff***


BY: /s/ Glenn D. Romero
Federal ID: 7734
Texas State Bar No. 17224025
Vidaurri, Lyde, Rodriguez & Haynes, LLP.
202 N. 10th Avenue
Edinburg, Texas  78541
(956) 381-6602
(956) 381-0725 Fax
***Attorneys for Defendants***