UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **DIANA RIOS DE TEMPLE** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 7:17-CV-0077** |
| | ) |
| **PABLO DIAZ VEGA AND** | ) |
| **FLETES INTERNACIONALES** | ) |
| **BALO, S.A. DE C.V.** | ) |
|     **Defendants.** | ) |

## ORDER OF DISMISSAL

On _____, 2018, the Parties filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. As the requirements of Rule 41(a) have been met, the Court hereby ORDERS that this case be DISMISSED with prejudice with all costs of court to be paid by the party incurring same.

SO ORDERED this _____ day of _____, 2018, at McAllen, Texas.

_____
UNITED STATES DISTRICT JUDGE