United States District Court
Southern District of Texas
**ENTERED**
March 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIANA RIOS DE TEMPLE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-77 |
| | § | |
| PABLO DIAZ VEGA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On March 26, 2018, the Parties filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (Dkt. No. 32). As the requirements of Rule 41(a) have been met, the Court hereby ORDERS that this case be DISMISSED with prejudice with all costs of court to be paid by the party incurring same.

SO ORDERED this 27th day of March, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge